Willie E. JOHNSON, Petitioner—
Appellant,

v.

Leroy CARTLEDGE, Acting Warden of
McCormick Correctional Institution,
Respondent—Appellee.

No. 08–6715.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 22, 2008.

Willie E. Johnson, Appellant Pro Se.
Donald John Zelenka, Deputy Assistant
Attorney General, Columbia, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and
SHEDD, Circuit Judges.

Dismissed in part; affirmed in part by
unpublished PER CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Willie E. Johnson seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2000) petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised Johnson that failure to file
timely objections to this recommendation
could waive appellate review of a district
court order based upon the recommendation. Despite this warning, Johnson failed
to object to the magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Johnson has waived appellate review by
failing to timely file specific objections after receiving proper notice. Accordingly,
we deny a certificate of appealability and
dismiss the underlying appeal.

Johnson also appeals the district court's
order denying his Fed.R.Civ.P. 59(e) motion. We find no abuse of the district
court's discretion in its denial of Johnson's
Rule 59(e) motion, and therefore affirm.
*See Temkin v. Frederick County Comm'rs,*
945 F.2d 716, 724 (4th Cir.1991).

We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED IN PART; AFFIRMED
IN PART.*